711 F.2d 420
 229 U.S.App.D.C. 142
 Howe
v.
Martin-Trigona
 81-1976
 UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT
 5/16/83
 
 1
 D.C.D.C.
 
 
 2
 VACATED AND REMANDED*
 
 Circuit Rules, Rule 11(c). 28 U.S.C.A.)
 
 
 *
 The judgment or order is accompanied by a Memorandum explanatory of the judgment. Such memorandum is not included with the opinions of the Court that are printed, and it may not be cited in briefs or memoranda of counsel as precedents, under local rule